No. 04–10302.  COSTA *v.* YOUNG ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 04–10303.  LANN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–10304.  DIAMONDSTONE *v.* WASHINGTON STATE BAR ASSN. ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 04–10306.  BOWMAN *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–10307.  KERUSENKO *v.* NEW JERSEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–10308.  KALASHO *v.* REPUBLIC OF IRAQ ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–10309.  PEELER *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 04–10310.  VAN MCHONE *v.* POLK, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 04–10311.  NEUFELD *v.* CALIFORNIA STATE BOARD OF EQUALIZATION.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 04–10312.  MERIT *v.* SOUTHEASTERN PENNSYLVANIA TRANSIT AUTHORITY.  C. A. 3d Cir.  Certiorari denied.

No. 04–10313.  DYER *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 04–10315.  LOPEZ *v.* ORTIZ, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–10316.  MCCURDY *v.* ADAMS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–10317.  PAGE *v.* YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.